UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*:

| | |
|---|---|
| **MARY TAYLOR**<br>*Plaintiff* | :<br>:   CIVIL ACTION NO. 3:22-cv-00200<br>:|
| V. | :<br>:<br>: |
| **WAL-MART STORES EAST, L.P**<br>*Defendant* | :<br>:   FEBRUARY 3, 2022 |

<u>**DEFENDANT'S NOTICE OF REMOVAL**</u>

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The named defendant, Wal-Mart Stores East, Limited Partnership ("Defendant") by and through its undersigned counsel, and pursuant to 28 U.S.C.A. § 1332(a) and § 1441, hereby removes this action from the Superior Court, Judicial District of Hartford, in the State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1. The plaintiff, Mary Taylor ("Plaintiff"), commenced an action by service of process on January 14, 2022 against the Defendant in Connecticut state court entitled, *Mary Taylor v. Wal-Mart Stores East L.P.*, Docket No. HHD-CV22-6151348-S, and returnable to the Superior Court, Judicial District of Hartford A copy of the referenced Summons and Complaint are attached hereto as <u>Exhibit A</u>.

2. This Notice of Removal is timely and filed with this Court within thirty (30) days after receipt by Defendant of the initial pleadings setting forth the claims for relief upon which this action is based. The Defendant was served on or about January 14, 2022.

- 1 -

3. The Plaintiff alleges that of the Defendant's employee caused a box to fall and strike the plaintiff's head, causing injuries. See Exhibit A, Complaint, at ¶ 3. The Plaintiff further alleges that as a result of the incident, she suffered a medial meniscus tear, a head injury with altered speech, dizziness, and lightheadedness, and contusions of her left shoulder and left knee. Id. at ¶ 5. Plaintiff further alleges that some or all of these injuries are permanent in nature. See Id. Plaintiff also alleges that she has incurred medical expenses for the foregoing injuries, including for "diagnostic studies, x-rays, CT scans, MRIs, physical therapy, [and] medicines" and may incur further sums for medical expenses in the future. Id. at ¶ 6. Plaintiff also alleges that she has suffered "a loss of wages and/or earning capacity, and her future earning capacity will likely be impaired," and that as a result of her injuries, she will be "unable to pursue her usual activities to the same extent as prior to the accident." Id. at ¶¶ 7-8. Based upon Plaintiff's allegations, the amount in controversy exceeds $75,000.00.

4. The Plaintiff resides in Windsor, Connecticut and alleges that she was injured at a Wal-Mart branded retail store in East Windsor, Connecticut on the date alleged in the Complaint. Defendant, Wal-Mart East, Limited Partnership is a limited partnership organized under the laws of the state of Delaware with a principal place of business in Bentonville, Arkansas. Accordingly, there is complete diversity of citizenship between the Plaintiff and the Defendant.

5. The above-entitled action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and thus may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441.

6. This action is removable pursuant to the provisions of 28 U.S.C. § 1441 because this is a civil action wherein the amount in controversy exceeds the sum of or the value of $75,000.00 exclusive of interest and costs, and Plaintiff and Defendant are citizens of different states.

ROGIN NASSAU LLC • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT  06103-3460 • (860) 256-6300 • JURIS NO. 050793

Dated this 3rd day of February, 2022.

                        THE DEFENDANT

By: /s/ George C. Springer, Jr.
     George C. Springer, Jr. [ct03263]
     Michael D. Blumberg [ct28990]
     Rogin Nassau LLC
     185 Asylum Street, 22nd Floor
     Hartford, CT 06103-3460
     Tel: (860) 256-6380
     Fax: (860) 278-2179
     E-mail: gspringer@roginlaw.com

ROGIN NASSAU LLC • ATTORNEYS AT LAW
CITYPLACE I • HARTFORD, CONNECTICUT 06103-3460 • (860) 256-6300 • JURIS NO. 050793

## CERTIFICATION

This is to certify that a copy of the foregoing was served electronically this 3rd day of February 2022 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail at the addresses shown below to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Ryan K. Sullivan, Esq.
Riscassi & Davis, P.C.
131 Oak Street
Hartford, Connecticut 06106

/s/ George C. Springer, Jr.
George C. Springer, Jr. [ct03263]

# EXHIBIT A

**SUMMONS - CIVIL**
JD-CV-1  Rev. 11-19
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548 – 2700 | 02/22/2022 |

| ☒ Judicial District  ☐ Housing Session | G.A. Number: | At (City/Town): Hartford | Case type code (See list on page 2) Major: T   Minor: 03 |
|---|---|---|---|

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| RisCassi and Davis, P.C., 131 Oak Street, Hartford, CT 06106 | 050361 |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| ( 860 ) 522 – 1196 | |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No

E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)*: rsullivan@riscassidavis.com

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| **First plaintiff** | Name: TAYLOR, MARY<br>Address: 232 Conestoga Street, Windsor, CT 06095 | P-01 |
| **Additional plaintiff** | Name:<br>Address: | P-02 |
| **First defendant** | Name: WAL-MART STORES EAST, LP    AGENT FOR SERVICE: CT CORPORATION SYSTEM,<br>Address: 702 SW 8th Street, Bentonville, AR 72716    67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| **Additional defendant** | Name:<br>Address: | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. **The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☒ Commissioner of Superior Court ☐ Clerk | Name of person signing |
|---|---|---|---|
| 01/14/2022 | *[signature]* | | Ryan K. Sullivan |

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

RETURN DATE: FEBRUARY 22, 2022

| | | |
|---|---|---|
| MARY TAYLOR | : | SUPERIOR COURT |
| V. | : | JUDICIAL DISTRICT OF HARTFORD AT HARTFORD |
| WAL-MART STORES EAST, LIMITED PARTNERSHIP | : | JANUARY 14, 2022 |

## COMPLAINT

1. At all times mentioned herein, the defendant, Wal-Mart Stores East, Limited Partnership, was, and continues to be, a Delaware limited partnership, with a business address of 702 SW 8TH Street, Bentonville, Arkansas, which was authorized to transact business within the State of Connecticut.

2. At all times mentioned herein, the defendant, Wal-Mart Stores East, Limited Partnership, its officers, agents, servants, and/or employees, owned, leased, rented, controlled, possessed, operated, managed and/or maintained the premises located at 44 Prospect Hill Road, East Windsor, Connecticut.

3. On or about January 14, 2021, at approximately 8:00 a.m., the plaintiff, Mary Taylor, was lawfully on the premises at 44 Prospect Hill Road, East Windsor, Connecticut, and was walking down one of the shopping aisles located thereon, when suddenly, and without warning, an agent, and/or employee of the defendant, Wal-Mart Stores East, Limited Partnership, caused a box to fall and strike the plaintiff's head,

CASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
?TFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

thereby causing the plaintiff, Mary Taylor, to fall to the ground and sustain and suffer the personal injuries and losses hereinafter set forth.

4. The aforementioned incident and the personal injuries and losses sustained and suffered by the plaintiff, Mary Taylor, were caused by the negligence and carelessness of the defendant, Wal-Mart Stores East, Limited Partnership, by its officers, agents, and/or employees, in one or more of the following ways:

    a. in that they failed to provide the plaintiff and other patrons lawfully upon the premises with a reasonably safe premises; and/or

    b. in that they failed to wait until the plaintiff was at a safe distance before moving the boxes; and/or

    c. in that they failed to warn the plaintiff and other patrons who were lawfully upon the premises, verbally or otherwise, about the hazard presented by the conduct of its agent and/or employee; and/or

    d. in that they failed to take proper and adequate measures to protect patrons from falling items; and/or

    e. in that they created the dangerous and/or defective condition by stacking the boxes in such a way that may have caused and/or allowed them to fall.

5. As a result of the negligence and carelessness of the defendant, Wal-Mart Stores East, Limited Partnership, its officers, agents, and/or employees, the plaintiff, Mary Taylor, sustained and suffered personal injuries and losses. The plaintiff presented to Rockville General Hospital for emergent care and treatment. Subsequent examinations

CASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
ITFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

2

and diagnostic studies revealed that the plaintiff sustained and suffered the following injuries and losses: a medial meniscus tear; a head injury, with altered speech, dizziness, and lightheadedness; a contusion on her left shoulder; a contusion on her left knee; great pain and anguish; injuries to the nerves, muscles and soft tissues of her body, the full extent of which are presently unknown; and a shock to her entire nervous system, some or all of which injuries are, or are likely to be, of a permanent nature.

6. As a further result thereof, the plaintiff, Mary Taylor, has been forced to incur financial obligations for medical care and treatment, diagnostic studies, x-rays, CT scans, MRIs, physical therapy, medicines and the like, and may be obligated for further such sums in the future.

7. As a further result thereof, the plaintiff, Mary Taylor, has suffered a loss of wages and/or earning capacity, and her future earning capacity will likely be impaired, all to her further loss and detriment.

8. As a further result thereof, the plaintiff, Mary Taylor, has been, and in the future will likely continue to be, unable to pursue her usual activities to the same extent as prior to the accident, all to her further loss and detriment.

CASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P. O. BOX 261557
TFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

**WHEREFORE**, the plaintiff claims money damages. The amount in demand, exclusive of interest and costs, is in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

I hereby certify that I have knowledge of the financial responsibilities of the plaintiff and deem them sufficient to pay the costs.

Hereof fail not, but of this writ, with your doings thereon, make due service and return according to law.

Dated at Hartford, Connecticut, this 14TH day of January, 2022.

BY _____
Ryan K. Sullivan
Commissioner of the Superior Court

We hereby enter our appearance
for the plaintiff in this action.

RISCASSI AND DAVIS, P.C.
Juris No. 50361

CASSI & DAVIS, P.C.
ATTORNEYS-AT-LAW
131 OAK STREET
P O. BOX 261557
TFORD, CT 06126-1557
(860) 522-1196
JURIS NO. 50361

4